# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ARELLANES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FERNANDO GONZALEZ,<br><br>　　　　Respondent. | Case No. CV 10-5637 FMO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 28, 2013

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE